# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | |
| ) | |
| CARLOS M. GUTIERREZ, JR., ) | Chapter 13 |
| ) | Case No. 21-40146-CJP |
| Debtor ) | |
| ) | |

## CHAPTER 13 TRUSTEE'S OBJECTION TO
## CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 13 PLAN

NOW COMES Denise M. Pappalardo, the Standing Chapter 13 Trustee (the "Trustee"), and hereby objects to confirmation of the Debtor's Amended Chapter 13 Plan (the "Plan"). In support hereof, the Trustee submits the following:

1. The Debtor is not providing for all his projected disposable income to be received in the applicable commitment period as set forth in §1325(b)(1)(B). The Debtor's excess income on Schedules "I" and "J" is $858.27 per month. The amended Plan provides for payments of $80.00 for sixty (60) months. The unsecured creditors, which total $150,071.48, will be paid a dividend of 1.00%.

2. Given the above, confirmation should be denied.

WHEREFORE, the Trustee requests this Court:

1. Deny confirmation of the Debtor's Amended Chapter 13 Plan;

2. Grant such other relief as the Court deems just and necessary.

Respectfully submitted,
Standing Chapter 13 Trustee

Dated: 5\19\21

/s/Joanne Psilos
Denise M. Pappalardo, Trustee
BBO # 553293
Joanne Psilos, Staff Attorney
BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the within was sent to the Debtor, Debtor's counsel of record, and those parties who filed an appearance by first class mail, postage prepaid.

Dated: 5\19\21

/s/Joanne Psilos
Denise M. Pappalardo, Trustee
BBO # 553293
Joanne Psilos, Staff Attorney
BBO # 556997

## SERVICE LIST

HOLLY H. HINES, ESQ.
91 MERRIAM AVENUE
LEOMINSTER, MA 01453

CARLOS M. GUTIERREZ, JR.
25 LYNNE ROAD
SUDBURY, MA 01776