UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| In Re: <br> Carlos M. Gutierrez, Jr. | Case Number 21-40146-CJP <br> Chapter 13 |
|---|---|

**MOTION OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10 AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY**

Now comes U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-10 and/or its successors and assigns ("Secured Creditor") and states the following:

1. This is a proceeding for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and § 362 (d)(2), and Fed. R. Bankr. P. 4001.

2. Carlos M. Gutierrez, Jr. (a/k/a Carlos M. Gutierrez) (hereinafter referred to as "Debtor") is the mortgagor of a certain parcel of real estate known and numbered as *25 Lynne Road, Sudbury, MA 01776* (the "Property"). The Property is encumbered by a first mortgage given by the Debtor to Mortgage Electronic Registration Systems, Inc., as nominee for Mortgage Master, Inc. (the "Mortgage"). The Mortgage is dated March 30, 2007 and is recorded in Middlesex County (Southern District) Registry of Deeds in Book 49221, Page 581.

3. The Mortgage is now in default by reason of failure of payment of principal, interest, and late fees. A copy of the original Mortgage is attached hereto and is marked <u>Exhibit A</u>.

4. The Mortgage secures a promissory note given by the Debtor to Mortgage Master, Inc. in the original principal amount of $644,000.00 (the "Note"). Secured Creditor or its custodian and/or agent is, as of the date hereof, in possession of the Note. Secured Creditor is an entity entitled to enforce the Note. A copy of the Note is attached hereto and is marked <u>Exhibit B</u>.

5. In compliance with United States Bankruptcy Court, District of Massachusetts Local Rule 4001-1, the following information is provided to this Court:

    a. The Debtor's Chapter 13 Petition was filed on February 25, 2021.

16-027063 / BK02

b.  The total sum now due Secured Creditor is approximately $656,889.79 with interest through May 14, 2021.

c.  A Chapter 13 Plan has not been confirmed.

d.  The monthly mortgage payment is currently $2,341.41.

e.  As of the filing of this Motion, the total of outstanding post-petition payments is $7,214.48 (March 1, 2021 through April 1, 2021 @ $3,607.24/month). The Debtor also has a Suspense Balance of $220.30. Accordingly, the total post-petition arrearage is $6,994.18, plus attorney fees.[1] It is anticipated that as of the date of the hearing on this Motion no further payments will be made.

f.  As stated above, the Mortgage was originally given to Mortgage Electronic Registration Systems, Inc., as nominee for Mortgage Master, Inc. and was thereafter assigned to Aurora Bank FSB. A copy of said assignment is attached hereto as <u>Exhibit C</u>. The Mortgage was further assigned from Aurora Bank FSB to Nationstar Mortgage LLC. A copy of said assignment is attached hereto as <u>Exhibit D</u>. The Mortgage was further assigned from Nationstar Mortgage LLC to Secured Creditor. A copy of said assignment is attached hereto as <u>Exhibit E</u>. Nationstar Mortgage LLC d/b/a Mr. Cooper is the current servicer for this loan on behalf of Secured Creditor.

g.  Upon information and belief, a Declaration of Homestead has not been recorded with respect to the Property.

h.  The pre-petition arrearage at the time of filing was $51,823.16.

6. Upon information and belief, the Property is subject to the following encumbrances:

| Lien Holder | Type of Lien | Amount Owed | Priority |
| --- | --- | --- | --- |
| Secured Creditor | 1st Mortgage | $656,889.79 | Yes |
| CACH, LLC | Execution | $11,577.06 | No |
| New England Equine Medical & Surgical Center PLLC | Execution | $3,273.96 | No |
| Sandra & Anthony Antico Real Estate LLC | Execution | $60,886.11 | No |

---

[1] As of the date of this Motion, Secured Creditor has incurred approximately $1,050.00 in attorney fees and $188.00 in attorney costs in connection with this Motion. This amount will increase if counsel for Secured Creditor performs additional services for Secured Creditor in connection with this Motion.

16-027063 / BK02

**Total: $732,626.92**

7. According to the Debtor's Schedules, the fair market value of the Property is $630,000.00. For purposes of this Motion only, it is Secured Creditor's opinion that the liquidation value of the premises is $588,827.20 calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps ($2,872.80); and anticipated closing costs incurred for a real estate closing ($500.00).

8. Secured Creditor believes that the Debtor has no equity in the Property based upon the amount presently owed to Secured Creditor and others of approximately $732,626.92, and the liquidation value of the premises as set forth above.

9. There is no other collateral securing the obligation to Secured Creditor.

10. This Motion is brought for cause under 11 U.S.C. §362(d)(1) and under 11 U.S.C. §362 (d)(2) given that the Debtor has failed to stay current on post-petition payments, any protection Secured Creditor may have is eroding, there is no equity in the property and the property is not necessary to an effective reorganization. Accordingly, Secured Creditor requests that this Court grant relief from the automatic stay in order to proceed with its applicable rights and remedies, including but not limited to a foreclosure sale on the premises and an eviction proceeding should Secured Creditor, or its successor in interest, become the successful bidder at a foreclosure sale. Attached are redacted copies of any documents that support this Motion, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

11. Secured Creditor further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Secured Creditor also requests that it be allowed to contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

**WHEREFORE**, Secured Creditor requests that the Court:

(1) Grant Secured Creditor relief from the 11 U.S.C. § 362 automatic stay for the purpose of exercising its various non-bankruptcy rights and remedies including and without limitation:

   i. Taking possession of the Property, obtaining a deed-in-lieu of foreclosure and/or foreclosing the Mortgage at issue; and
   ii. Taking such action as may be necessary to evict the Debtor(s) and/or any occupant from the Property.

(2) Waive the fourteen (14) day stay of relief pursuant to Federal Bankruptcy Rule 4001(a)(3); and

(3) Order such further relief as this Court deems just and proper.

In accordance with Local Rules, Secured Creditor requests that this Motion be allowed without a hearing unless an objection is timely filed.

DATED: June 8, 2021

>Respectfully submitted,
>U.S. Bank National Association, as Trustee for
>Structured Adjustable Rate Mortgage Loan Trust,
>Mortgage Pass-Through Certificates, Series 2007-10
>By its attorney,
>
>/s/ Marcus Pratt
>Marcus Pratt, Esquire
>BBO #684610
>Korde & Associates, P.C.
>900 Chelmsford Street, Suite 3102
>Lowell, MA 01851
>Tel: (978) 256-1500
>bankruptcy@kordeassociates.com

16-027063 / BK02

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| In Re:<br>Carlos M. Gutierrez, Jr. | Case Number 21-40146-CJP<br>Chapter 13 |
|---|---|

**ORDER ON THE MOTION OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10 AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY**

At Worcester in said District, on the _____ day of _____, 2021, on the Motion of U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-10 and/or its successors and assigns ("Secured Creditor") after notice to all parties on the Secured Creditor's Certificate of Service, it is hereby

ORDERED AND DECREED:

1. Secured Creditor is granted Relief from the Automatic Stay imposed pursuant to 11 U.S.C. § 362(a) on the filing of the Petition for Relief.

2. Secured Creditor and any successor in interest is permitted to proceed forward to pursue its rights and remedies under state and/or federal law, including but not limited to a foreclosure of the mortgage it holds on real estate located at *25 Lynne Road, Sudbury, MA 01776*, which mortgage is dated March 30, 2007 and recorded in Middlesex County (Southern District) Registry of Deeds in Book 49221, Page 581. A copy of such mortgage was attached to the Motion for Relief at issue. Further, Secured Creditor is authorized to proceed with its eviction rights in accordance within applicable law with respect to such Property should Secured Creditor, or its successor in interest, become the successful bidder at a foreclosure sale.

3. Secured Creditor and/or its successors, assigns, and servicer may, at its option offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Secured Creditor may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

_____
Honorable Judge Panos
United States Bankruptcy Judge

16-027063 / BK02

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| In Re:<br>Carlos M. Gutierrez, Jr. | Case Number 21-40146-CJP<br>Chapter 13 |
|---|---|

**CERTIFICATE OF SERVICE**

      I, Marcus Pratt, Attorney for **U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-10 and/or its successors and assigns** hereby certify that on June 8, 2021 I electronically filed the foregoing *Motion for Relief and Proposed Order* with the United States Bankruptcy Court for the District of MA using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Richard King, Assistant U.S. Trustee
Denise M. Pappalardo, Trustee
Holly H. Hines, Esquire

      I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Carlos M. Gutierrez, Jr.
25 Lynne Road
Sudbury, MA 01776

CACH, LLC
c/o Framingham District Court
600 Concord Street
Framingham, MA 01702

CACH, LLC
350 17th Street, Suite 4590
Denver, CO 80202

CACH, LLC
c/o James Anthony Cambece, Esquire
J.A. Cambece Law Office, P.C.
200 Cummings Center, Suite 173D
Beverly, MA 01915

Sandra & Anthony Antico Real Estate LLC
289 Elm Street
Marlborough, MA 01752

Tax Collector:
Town of Sudbury, MA
322 Concord Road
Sudbury, MA 01776

New England Equine Medical & Surgical Center PLLC
c/o Framingham District Court
600 Concord Street
Framingham, MA 01702

New England Equine Medical & Surgical Center PLLC
c/o Gary Howard Kreppel, Esquire
Law Office of Gary H. Kreppel P.C.
33 Boston Post Road West, Suite 590
Marlborough, MA 01752

Sandra & Anthony Antico Real Estate LLC
c/o James R. Ferraro, Esquire
Ferraro and Boule
2120 Commonwealth Avenue
Newton, MA 02466

Sandra & Anthony Antico Real Estate LLC
c/o Middlesex County Superior Court
200 Trade Center
Woburn, MA 01801

/s/ Marcus Pratt
Marcus Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

16-027063 / BK02