IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

IN RE:

Carlos M. Gutierrez, Jr.                                Chapter 13

              Debtor                                Case No. 21-40146-CJP

**OBJECTION TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10 AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY**

NOW COMES the above Debtor and objects to U.S. Bank National Association, As Trustee For Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-10 And/Or Its Successors And Assigns For Relief From The Automatic Stay for the following reasons set forth below:

1) The Debtor admits paragraphs 1 through 4 of said Motion; and

2) The Debtor denies paragraph 5 of said Motion in part and further states that the Debtor has utilized the automatic homestead under M.G.L. c. 188 §§ 1,4, rather than recording a declared homestead since equity did not require it; and

3) The Debtor admits paragraphs 6 through 9 of said Motion; and

4) The Debtor denies paragraphs 10 through 11 of said Motion and further states that the Debtor plans to cure all mortgage arrears to date through a loan modification and to maintain his Chapter 13 Plan and thereby welcomes Secured Creditor's correspondence to offer such loss mitigation options.

WHEREFORE the Debtor prays that this Honorable Court deny the Motion for Relief from Automatic Stay and for any and all relief the Court deems just.

/s/ Holly H. Hines
Holly H. Hines, Esq., BBO#659646
Hines Law Offices
91 Merriam Avenue
Leominster, MA 01453
Tel. (978) 840-1929
Date: June 22, 2021

## CERTIFICATE OF SERVICE

I, Holly H. Hines, do hereby certify that I have served a true copy of the foregoing Objection to U.S. Bank National Association, As Trustee For Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-10 And/Or Its Successors And Assigns Motion For Relief From The Automatic Stay on this date to the following interested parties electronically and/or via first class mail, postage prepaid below and on the attached pages:

Richard King, Assistant U.S. Trustee
Denise M. Pappalardo, Chapter 13 Trustee
Marcus Pratt, Attorney for U.S. Bank National Association, As Trustee

Carlos M. Gutierrez, Jr.
25 Lynne Road
Sudbury, MA 01776

/s/ Holly H. Hines
Holly H. Hines, BBO#659646
Hines Law Offices
91 Merriam Avenue
Leominster, MA 01453
Tel. (978) 840-1929
Date: June 22, 2021

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Nationstar Mortgage LLC
c/o Robertson, Anschutz, Schneid
Crane & Partners, PLLC
10700 Abbotts Bridge Rd, Suite 170
Duluth, GA 30097-8461

Sandra & Anthony Antico Real Estate, LLC
289 Elm Street
Marlborough, MA 01752-4591

Worcester
U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608-2060

Amazon Web Services, Inc.
410 Terry Ave N
Seattle, WA 98109-5210

Amsher Collection Services
4524 Southlake Parkway, Suite 15
Birmingham, AL 35244-3271

Backstretch Veterinary Inc.
P.O. Box 204
Groveland, MA 01834-0204

Bank of America
P.O. Box 15284
Wilmington, DE 19850-5284

Cach, LLC
350 17th Street, Suite 4590
Denver, CO 80202

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Christina M. Iannelli
6 Beechwood Avenue
Sudbury, MA 01776-1509

Comcast
P.O. Box 70219
Philadelphia, PA 19176-0219

Credit Collection Services
725 Canton Street
Norwood, MA 02062-2679

Credit Management, LP
Attn: Bankruptcy
Po Box 118288
Carrollton, TX 75011-8288

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Crystal Rock
P.O. Box 660579
Dallas, TX 75266-0579

EDANCESPORT LLC
25 Lynne Road
Sudbury, MA 01776-3123

EOSCCA
P.O. Box 981008
Boston, MA 02298-1008

EverSource
P.O. Box 56007
Boston, MA 02205-6007

Eversource
1 Nstar Way
Westwood, MA 02090-2341

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117-5524

Framingham District Court
600 Concord Street
Framingham, MA 01702-8000

Geico
One Geico Plaza
Bethesda, MD 20811-0002

Genesis Bc/Celtic Bank
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

Iron Tree Service, LLC
P.O. Box 12
Wenham, MA 01984-0012

J.A. Cambece Law Office, P.C.
200 Cummings Center
Suite 173D
Beverly, MA 01915-6190

James R. Ferraro, Esq.
Ferraro and Boule
2120 Commonwealth Ave.
Auburndale, MA 02466-1909

| | | |
|---|---|---|
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Korde & Associates, P.C.<br>900 Chelmsford Street, Suite 3102<br>Lowell, MA 01851-8100 | LTD ACQUISITIONS, LLC<br>3200 Wilcrest Dr. Suite 600<br>HOUSTON, TX 77042-6000 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MASSACHUSETTS DEPARTMENT OF REVENUE<br>P.O. Box 9564<br>Boston, MA 02114-9564 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Middlesex County Superior Court - Woburn<br>200 Trade Center<br>Woburn, MA 01801-1812 | Monterey Financial Services LLC<br>4095 Avenida de la Plata<br>Oceanside, CA 92056-5802 |
| National Grid<br>Bankruptcy Dept. C-3<br>300 Erie Blvd. West<br>Syracuse, NY 13202-4201 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | New England Equine Medical & Surgical<br>Center PLLC<br>Law Office of Gary H. Kreppel, P.C.<br>33 Boston Post Road West, Suite 590<br>Marlborough, MA 01752-1829 |
| Orifice Recycling & Refuse<br>157 Butterfield Drive<br>Ashland, MA 01721-2038 | Pawtucket Credit Union<br>1200 Central Avenue<br>Pawtucket, RI 02861-2200 | Pawtucket Credit Union<br>Attn: Bankruptcy<br>1200 Central Avenue<br>Pawtucket, RI 02861-2200 |
| PayPal Credit/SYNCB<br>P.O. Box 960006<br>Orlando, FL 32896-0006 | Premier Bankcard, LLC<br>Jefferson Capital Systems, LLC Assignee<br>Po Box 7999<br>St. Cloud, MN 56302-7999 | Progressive<br>P.O. Box 31260<br>Tampa, FL 33631-3260 |
| Quantum3 Group LLC as agent for Genesis FS C<br>PO Box 788<br>Kirkland, WA 98083-0788 | Secure Data Recovery<br>255 Cahuenga Blvd West 301<br>Los Angeles, CA 90068 | Silicon Valley Bank<br>P.O. Box 2360<br>Omaha, NE 68103-2360 |
| Sudbury Water District<br>P.O. Box 111<br>Sudbury, MA 01776-0111 | Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| U.S. Bank National Association, as trustee f<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>ATTN: Bankruptcy Dept<br>PO Box 619096<br>Dallas, TX 75261-9096 | Under Pressure Power Washing Inc.<br>853 Waverly St.<br>Framingham, MA 01702-6812 | Verizon<br>P.O. Box 15124<br>Albany, NY 12212-5124 |
| Verizon<br>Verizon Wireless Bankruptcy Admin.<br>500 Technology Drive, Suite 500<br>Weldon Springs, MO 63304-2225 | Vouch Insurance Services LLC<br>831 Montgomery Street<br>San Francisco, CA 94133-5108 | Carlos M. Gutierrez Jr.<br>25 Lynne Road<br>Sudbury, MA 01776-3123 |